DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. GAULDIN

No. 158 PC.

Case below: 44 N.C. App. 19.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 6 February 1980.

STATE v. LANDRUM

No. 116 PC.

Case below: 43 N.C. App. 619.

Petition by defendants for discretionary review under G.S. 7A-31 denied 6 February 1980.

STATE v. ODEN

No. 153 PC.

Case below: 44 N.C. App. 61.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 February 1980. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 6 February 1980.

STATE v. RUSS

No. 191 PC.

Case below: 44 N.C. App. 190.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 February 1980.

STATE v. SEAY

No. 185 PC.

Case below: 44 N.C. App. 301.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 February 1980. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 6 February 1980.